IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARIS HARRIS,

      Petitioner,             No. CIV S-06-1925 DFL KJM P

  vs.

T. FELKER, Warden, et al.,

      Respondents.         ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file a response to petitioner's application.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition. See Rule 5, Fed. R. Governing § 2254 Cases;

/////

1        2. If the response to the habeas petition is an answer, petitioner's reply, if any,
2   shall be filed and served within thirty days after service of the answer;
3        3. If the response to the habeas petition is a motion, petitioner's opposition or
4   statement of non-opposition to the motion shall be filed and served within thirty days after
5   service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days
6   thereafter; and
7        4. The Clerk of the Court shall serve a copy of this order together with a copy of
8   the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell,
9   Senior Assistant Attorney General.
10  DATED:  February 8, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
harr1925.100(8.28.06)