IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PARIS HARRIS,

       Petitioner,              No. CIV-S-06-1925 JAM KJM P

   vs.

T. FELKER, et al.,

       Respondents.       <u>ORDER</u>

_____/

       Respondents have requested an extension of time to file their answer. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Respondents' request for an extension of time to file their answer is granted; and

       2. The answer filed by respondents on June 5, 2007 is deemed timely.

DATED: May 9, 2008.

_____
U.S. MAGISTRATE JUDGE

1
harr1925.111