1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9               FOR THE EASTERN DISTRICT OF CALIFORNIA

10   Paris Harris,

11              Petitioner,                    No. 2:06:cv-01925-MDS

12

13        vs.                                  ORDER

14

15   T. Felker, Warden, et al.,

16              Respondents.

17   _____/

18

19

20        IT IS HEREBY ORDERED that the Respondents or their counsel, the

21   California Attorney General, shall within ten days of the filing of this Order lodge

22   the following three documents with this court:

23

24        (1)    Petitioner's Marsden Motion of Thursday, August 5, 2004, comprising

25   pages 3-10 of the Reporter's Transcript, which are under seal.

26        (2)    In Camera Proceedings of Tuesday, August 10, 2004, comprising

27   pages 63-70 of the Reporter's Transcript, which are under seal.

28        (3)    Petitioner's Marsden Motion of Tuesday, August 10, 2004, comprising

pages 73-76 of the Reporter's Transcript, which are under seal.

1

2

3

4

5  DATED: December 22, 2008

6

7

8                                    /s/ Milan D. Smith, Jr.
                                     UNITED STATES CIRCUIT JUDGE
9                                    Sitting by Designation

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2