IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Paris Harris,

    Petitioner,                              No. 2:06:cv-01925-MDS

  vs.                                      <u>ORDER</u>

T. Felker, Warden, et al.,

    Respondents.
_____/

     Paris Haris has filed a notice of appeal from this court's January 28, 2009, order and judgment denying his petition for habeas corpus. A certificate of appealability is required for the appeal to proceed. 28 U.S.C. 2253(c); Fed. R. App. P. 22(b). This court may issue a certificate of appealability "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. 2253(c)(2). To meet this standard, an issue must be "debatable among jurists of reason," capable of being resolved differently or "adequate to deserve encouragement to proceed further." *Jennings v. Woodford*, 290 F.3d 1006, 1010 (9th Cir. 2002). For the reasons stated in the January 28, 2009, order, none of the

issues raised by Haris qualify for a certificate of appealability. A certificate of appealability is therefore denied.

     IT IS SO ORDERED.

DATED: January 5, 2011

                                      /s/ Milan D. Smith, Jr.
                                      UNITED STATES CIRCUIT JUDGE
                                      Sitting by Designation